UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DONALD DICKINSON,

              Plaintiff,                              Civil Case No. 8:09-CV-1123

    -vs-

ELRAC, INC.; ENTERPRISE HOLDINGS, INC.;
RANDY DAME; and JENNIFER DAME,

              Defendants.
_____

| | |
|---|---|
| LAW OFFICE OF MARK SCHNEIDER<br>   Counsel for Plaintiff<br>57 Court Street<br>Plattsburgh, NY 12901 | MARK A. SCHNEIDER, ESQ.<br>DANIEL C. CUPPETT, ESQ. |
| BRAND, GLICK & BRAND, P.C.<br>   Counsel for Defendants Elrac, Inc.<br>   and Enterprise Holdings<br>600 Old Country Road, Suite 440<br>Garden City, NY 11530 | PETER M. KHRINENKO, ESQ. |

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

On October 6, 2009, Donald Dickinson ("Plaintiff") filed a Complaint in this personal injury action, asserting claims against Elrac, Inc., Enterprise Holdings, Inc., Randy Dame, and Jennifer Dame. ("Defendants"). (Dkt. No. 11.) On October 28, 2009, Elrac, Inc., and Enterprise Holdings, Inc., appeared in this action by filing their Answer. (Dkt. No. 7.) Randy Dame and Jennifer Dame have not appeared in this action, and no further action has been taken against them. (*See generally* Docket Sheet.)

On January 28, 2010, Plaintiff's counsel filed a suggestion of death pursuant to Fed. R. Civ. P. 25, advising the Court that Plaintiff passed away. (Dkt. No. 9.) On January 30, 2010, Plaintiff's counsel served the suggestion of death on Lindsay

Dickinson, Plaintiff's next of kin, by certified mail.  (Dkt. No. 14.)  As of the date of this Decision and Order, no party or successor or representative of Plaintiff has made a motion for substitution, or requested an extension of the deadline by which to file such a motion.

**ACCORDINGLY**, it is

**ORDERED** that Plaintiff's Complaint (Dkt No. 1) is **DISMISSED** pursuant to Fed. R. Civ. P. 25(a).

The Clerk is directed to enter Judgment in favor of Defendants and close this action.

Dated: May 11, 2010
Syracuse, NY

Hon. Glenn T. Suddaby
U.S. District Judge